FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ELIZABETH TORIBIO,
*on behalf of herself and all others similarly situated,*

                               Plaintiff,

-against-

PEPSICO, INC.,

                              Defendant.

---

Case No.: 18-cv-3637

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff are hereby dismissed, with prejudice, in their entirety as against the Defendant, PEPSICO, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: August 9, 2018
      New York, New York

LEE LITIGATION GROUP, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: (212) 465-1188

C.K. Lee, Esq. (CL 4086)

The Clerk of the Court shall close this case.

SO ORDERED:

8/10/18

s/ Sandra J. Feuerstein
_____
       U.S.D.J